**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77        **Title**   X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.50.74.185 | 7/27/2012 17:09 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 76.21.213.39 | 5/26/2012 10:17 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 108.45.65.229 | 7/31/2012 4:22 | Washington | DC | Verizon Internet Services | BitTorrent |
| 4 | 108.56.41.52 | 5/30/2012 15:01 | Washington | DC | Verizon Internet Services | BitTorrent |
| 5 | 71.252.126.15 | 7/24/2012 11:25 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC35