**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALIBU MEDIA, LLC., ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:12-cv-01330-JDB |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING**

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Expedited Hearing (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:**

1. Plaintiff's Motion is grated. A hearing on Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [Dkt. #2] is scheduled for _____, 20___, at _____.

**DONE AND ORDERED** this ___ day of _____, 2012.

By: _____
**UNITED STATES DISTRICT JUDGE**

1