UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>JOHN DOES 1-5, )<br> )<br>    Defendants. )<br>_____) | Civil Action No. 1:12-cv-01330-JDB-JMF |

### NOTICE OF FILING PLAINTIFF'S OBJECTION TO MAGISTRATE'S RULING

PLEASE TAKE NOTICE, pursuant to LCvR 72.2, Plaintiff, Malibu Media, LLC, hereby files its Objection to Magistrate Judge Facciola's Memorandum Order.

Dated: October 9, 2012

                                              Respectfully Submitted,

                                              By: /s/ *Jon A. Hoppe*
                                              Jon A. Hoppe, Esquire #438866
                                              Counsel
                                              Maddox, Hoppe, Hoofnagle &
                                              Hafey, L.L.C.
                                              1401 Mercantile Lane #105
                                              Largo, Maryland 20774
                                              (301) 341-2580

### CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              /s/ *Jon. A. Hoppe*
                                              Jon A. Hoppe