**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                  Civil Action No. 1:12-cv-01330-JDB

SEAN O'CONNELL and JOHN DOES
1, 3, 4 and 5,

    Defendants.
_____/

## STIPULATED DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, and Defendant, Sean O'Connell, hereby stipulate that all claims against each other in this matter are hereby dismissed <u>with prejudice</u>. For the avoidance of doubt, this dismissal does not affect Plaintiff's claims against any other Defendants.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jon A. Hoppe* | By: /s/ *Eric Menhart* |
| Jon A. Hoppe, Esquire #438866 | Eric Menhart, Esquire |
| Counsel for Plaintiff | Counsel for Defendant |
| Maddox, Hoppe, Hoofnagle & Hafey, L.L.C. | Lexero Law |
| 1401 Mercantile Lane #105 | 10 G St NE, Suite 710 |
| Largo, Maryland 20774 | Washington, DC 20002 |
| Telephone: (301) 341-2580 | Telephone: 855-453-9376 Ext. 101 |
| | Signed by permission upon consultation |

Dated: March 13, 2013